UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ORR,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN BROTHERS HIGH SCHOOL, INC., a California corporation, and LORCAN BARNES, an individual,<br><br>Defendants. | No. 2:20-cv-00177-TLN-CKD<br><br><br><br>**RECUSAL ORDER** |

Upon examination of the above-captioned action, and it appearing to the undersigned that the provisions of 28 U.S.C. § 455 mandate his disqualification, the undersigned Judge disqualifies himself.

Good cause appearing therefor, IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before United States District Court Judge Troy L. Nunley in the aforementioned case are vacated, and to be reset by the judge that is reassigned.

///

///

///

1

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 30, 2020

Troy L. Nunley
United States District Judge