Paul E. Gaspari, State Bar No. 76496
pgaspari@weintraub.com
Daniel C. Zamora, State Bar No. 224375
dzamora@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone:   415/433-1400
Facsimile:   415/433-3883

Ryan E. Abernethy, State Bar No. 267538
rabernethy@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:   916/558-6000
Facsimile:   916/446-1611

Attorneys for Defendants
Christian Brothers High School, Inc.
and Lorcan Barnes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER ORR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTIAN BROTHERS HIGH SCHOOL, INC.; a California corporation; LORCAN BARNES, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00177-JAM-CKD<br><br>[~~PROPOSED~~] **JAM** ORDER ON DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO COMPLAINT<br><br>Date:  January 12, 2021<br>Time:  1:30 p.m<br>Dept:  6<br><br>Complaint Filed: January 23, 2020<br><br>Before The Honorable John A. Mendez |

{3012381.DOCX;}

Order on Mtn to Amend Answer
2:20-CV-00177-JAM-CKD

1    Defendants' motion for leave for an order allowing the filing of an amended answer ~~came~~ *jam was scheduled* ~~on~~ for hearing before this Court on January 12, 2021. The Court has considered the papers in support of the *unopposed jam* motion, ~~any opposition~~, the applicable law, the written ~~and oral~~ *jam* arguments of the parties and its file in this matter. After full consideration of these materials and for good cause appearing,

1. The motion for leave to file an amended answer is granted;
2. Defendant's must file their amended answer within **20** days of the issuance of this order.

IT IS SO ORDERED.

Dated: January **4**, 2021

_____
Honorable John A. Mendez