## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CHRISTOPHER ORR,**

v.

**CHRISTIAN BROTHERS HIGH SCHOOL, INC., ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:20−CV−00177−JAM−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/12/2021**

**Keith Holland**
Clerk of Court

ENTERED: **January 12, 2021**

by: /s/ G. Michel
Deputy Clerk