**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (State Bar #118694)**
**MANOLO H. OLASO (State Bar #195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Plaintiff CHRISTOPHER ORR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER ORR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTIAN BROTHERS HIGH SCHOOL, INC.; a California corporation; LORCAN BARNES, an individual,<br><br>　　　　Defendants. | Case No. 2:20-CV-00177-JAM-CKD<br><br>**Notice Of Appeal** |

**Notice**: Plaintiff CHRISTOPHER ORR appeals to the Ninth Circuit Court of Appeals from the district court's final order of judgment that was entered on January 12, 2021 (Document 25 of ECF), and from its order granting defendants' motion for summary judgment that was entered on January 12, 2021 (Document 24 of ECF).

Dated: January 19, 2021                　　　　/s/ Johnny L. Griffin, III
　　　　　　　　　　　　　　　　　　　　　JOHNNY L. GRIFFIN, III
　　　　　　　　　　　　　　　　　　　　　 LAW OFFICES OF JOHNNY L. GRIFFIN, III
　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff CHRISTOPHER ORR

1

Plaintiff Christopher Orr's Notice of Appeal
Orr v. Christian Brothers High School, Inc., et al.